JOHN SPAULDING, an Infant, by Guardian ad Litem, Appellant,
  *v.* THE TUCKER & CARTER CORDAGE COMPANY, Respondent.

*Spaulding* v. *T. & C. Cordage Co.*, 13 Misc. Rep. 398, affirmed.
(Argued May 6, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the
City Court of Brooklyn, entered July 3, 1895, which over-
ruled plaintiff's exceptions, ordered to be heard in the first
instance at General Term, and directed judgment in favor of
defendant dismissing the complaint.

*Charles J. Patterson* for appellant.

*Alfred B. Cruikshank* and *Henry G. Atwater* for
respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

ACALUS L. PALMER, Respondent, *v.* THE GREAT WESTERN
                INSURANCE COMPANY, Appellant.

*Palmer* v. *Great Western Ins. Co.*, 10 Misc. Rep. 167, affirmed.
(Argued May 7, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the
Court of Common Pleas for the city and county of New York,
entered November 9, 1894, which affirmed a judgment in
favor of plaintiff entered upon a verdict, and also affirmed an
order denying a motion for a new trial.

*Treadwell Cleveland* and *Henry W. Hardon* for appellant.

*John A. Deady* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.